**Erico DAVIAS, Plaintiff, Appellant,**

v.

**SOCIAL SECURITY ADMINIS-
TRATION, et al., Defen-
dants, Appellees.**

No. 03–1376.

United States Court of Appeals,
First Circuit.

Dec. 24, 2003.

Erico Davias on brief, pro se.

Thomas P. Colantuono, United States Attorney, and T. David Plourde, Assistant U.S. Attorney, on brief, for appellee Social Security Administration.

Before BOUDIN, Chief Judge, TORRUELLA and SELYA, Circuit Judges.

PER CURIAM.

The judgment is affirmed substantially for the reasons recited in the magistrate judge's Report and Recommendation dated January 22, 2003, which was subsequently adopted by the district judge. We add that neither below nor on appeal has plaintiff set forth "a general scenario which, if proven, would entitle [him] to relief against the defendant[s] on some cognizable theory." *Hatch v. Dep't for Children, Youth & Families,* 274 F.3d 12, 19 (1st Cir.2001). *See, e.g., Brown v. Newberger,* 291 F.3d 89, 92 (1st Cir.2002) (explaining why claims against state agency would fail); *Monahan v. Dorchester Counseling Center, Inc.,* 961 F.2d 987, 994–95 (1st Cir.1992) (concluding that Restatement of Bill of Rights for Mental Health Patients,

42 U.S.C. § 10841, "creates no enforceable federal rights") (footnote omitted). The district court thus did not abuse its discretion in denying plaintiff's request to amend his complaint on the ground of futility.

*Affirmed.*